UNITED STATES DISTRICT COURT
FOR THE WESTERN DICTRICT OF TEXAS

Case No. _____

| | |
|---|---|
| Mr. Junaid Ayub<br><br>Plaintiff<br><br>V.<br><br>Rackspace Inc.<br><br>And<br><br>Television Media Network (Pvt.) Limited<br><br>And<br><br>JOHN DOES<br><br>Defendants | Complaint<br><br>SA15CA0238 OG |

**PLAINTIFF'S MOTION FOR**
**PRELIMINARY INJUNCTION**

Plaintiff Mr. Junaid Ayub ("the Plaintiff") respectfully requests this Court to enter a preliminary injunction against defendants Rackspace Inc., Television Media Network (Pvt.) Limited and John Does ("the Defendant"), to cease their infringement of the Plaintiff's mark ایکسپریس ("the mark") through website domains http://www.express.pk/ and http://www.express.com.pk/ (hereinafter referred to as the "Domains") in United States, being controlled and hosted by the Defendant No. 1 and being operated by the Defendant No. 2 and John Does.

Respectfully submitted,

*[signature]*

Mr. Junaid Ayub
287, Cheesequake Road,
Bldg 1B, Suite 13185,
New Jersey 08859,
United States

Dated: 3/25/2015