UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUNAID AYUB,<br>Plaintiff, | § § § | |
| v. | § § | Cause No. SA-15-CV-00238-OLG |
| RACKSPACE, INC., et al.,<br>Defendants. | § § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

On this date the Court considered Plaintiff's Motion for Preliminary Injunction (docket no. 3). In his motion, Plaintiff asks this Court to enter an injunction against Defendants to cease their infringement of Plaintiff's "mark," allegedly present in website domains controlled and hosted by Defendants. A plaintiff requesting the extraordinary remedy of a preliminary injunction must establish the following four factors: (1) a substantial likelihood of success on the merits; (2) a substantial threat that failure to grant the injunction will result in irreparable injury; (3) the threatened injury outweighs any damage that the injunction may cause the opposing party; and (4) the injunction will not disserve the public interest. *Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *Valley v. Rapides Parish Sch. Bd.*, 118 F.3d 1047, 1050 (5th Cir. 1997). After reviewing Plaintiff's motion, the Court finds Plaintiff has failed to present enough facts to establish the aforementioned factors. Accordingly, Plaintiff's motion is DENIED.

It is so ORDERED.

SIGNED this ___ day of April, 2015.

United States District Judge Orlando L. Garcia