UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUL 2 4 2015
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| JUNAID AYUB,<br>   Plaintiff,<br><br>v.<br><br>RACKSPACE, INC., TELEVISION MEDIA NETWORK (PVT.) LIMITED, and JOHN DOES,<br>   Defendants. | Cause No. 5:15-CA-00238-OLG |

## DISMISSAL ORDER

On June 22, 2015, the Court issued an order (docket no. 8) granting Defendant Rackspace's Motion to Dismiss and ordering Plaintiff to show cause on or before June 29, 2015 why the above-styled case should not be dismissed for Plaintiff's failure to perfect service on the remaining Defendants Television Media Network Limited and John Does. Plaintiff did not file a response. Accordingly, the Court hereby DISMISSES WITHOUT PREJUDICE all claims in this case against Defendant Television Media Network Limited and Defendant John Does for Plaintiff's failure to prosecute and comply with this Court's Order. *See also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997). The Clerk of the Court is ORDERED to close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 24 day of July, 2015.

_____
United States District Judge Orlando L. Garcia